upon condition that the appellants continue their bond in the sum of $150,000 until the determination by this court of the appeal and procure the said appeal to be argued on the 14th day of December, 1928. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of ALBERT J. PFEIFFER, INC., for an Order Directing that Arbitration Proceed between ALBERT J. PFEIFFER, INC., and LARGMAN, GRAY COMPANY. ALBERT J. PFEIFFER, INC., Appellant, Respondent; LARGMAN, GRAY COMPANY, Respondent, Appellant.*— Order reversed, with ten dollars costs and disbursements to the appellant Albert J. Pfeiffer, Inc., and the motion to vacate the award denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

In the Matter of the Application of ALBERT J. PFEIFFER, INC., for an Order Directing that Arbitration Proceed between ALBERT J. PFEIFFER, INC., and LARGMAN, GRAY COMPANY. ALBERT J. PFEIFFER, INC., Respondent; LARGMAN, GRAY COMPANY, Appellant.— Appeal dismissed, without costs. No opinion. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

FLANSON REALTY CORPORATION, Respondent, v. WORKER'S UNITY HOUSE, INC., Appellant.— Appeal dismissed, without costs. No opinion. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

ALBERT M. GOTTLIEB and Another, Respondents, v. HENRY HAUER, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of DAVID HERMEL, Respondent, for the Appointment of an Arbitrator and that Such Arbitration Be Directed to Proceed in the Manner Provided for in the Contract, etc., between KORNEL S. W. HERMEL, LOUIS BLOCK and DAVID HERMEL.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GREATER LAROON BUS CORPORATION, a Domestic Corporation, Respondent, v. GRAMM MOTORS, INC., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the ground that the defendant at the time of the service of the summons was not doing business within the State of New York. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MORRIS WEINGARTEN, Appellant, v. ANNA WEINGARTEN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

EMANUEL J. GERLI, Respondent, v. UNITED SILK MILLS, Defendant. MILTON M. UNGER, as Trustee in Bankruptcy of the Defendant, Appellant.— Order reversed, with ten dollars costs and disbursements to the appellant, and the motion granted to the extent of opening the default and substituting the trustee as defendant, with leave to answer or move with respect to the complaint within twenty days from service of order, the judgment to stand as security; and in all other respects the motion is denied. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LORRAINE MANUFACTURING COMPANY, Respondent, v. ABRAHAM ISRAEL and Another, Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and

* Affd., 251 N. Y. ——.

disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LORRAINE MANUFACTURING COMPANY, Respondent, v. ABRAHAM ISRAEL and Another, Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JAMES M. DAVIS, Individually and as a Stockholder of EXHIBITORS TRADE REVIEW, INC., and in Behalf of All Other Stockholders, Respondent, v. ADELBERT B. SWETLAND and Another, Appellants, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HARRY B. DUANE, Respondent, v. GREGORY S. WOODFORD, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to move at Special Term so as to secure a speedy trial of the action. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

PHARMA-CHEMICAL CORPORATION, Respondent, v. J. P. DEVINE COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbur ements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ANNA JURENKOVA v. BERNARD MARGULIES.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GENERAL SILK IMPORTING COMPANY, INC., v. NAVIGAZIONE GENERALE ITALIANA. — Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ROBERT K. TAYLOR v. ANDREW D. MELOY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CO-OPTIMISTS, INC., v. METRO-GOLDWYN PICTURES CORPORATION and Another. — Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LOUIS J. WAGNER v. MARY WHITE, Individually, etc., and Others.— Motion to dismiss appeal denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ISIDORE WEIL and Another v. EDMOND WEIL.— Motion to dismiss appeal denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

EMPIRE TRUST COMPANY v. ASSETS DEVELOPMENT COMPANY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SEDGEFIELD HOLDING CO., INC., a New York Corporation, v. 440 WEST END AVENUE CORPORATION and Another.— Motion to dismiss appeal denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

AUGUSTA LANG v. HEYMAN & GOODMAN CO., INC.— Motion for leave to appeal denied, with ten dollars costs. Motion for stay granted upon appellant's filing